# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CA-10-10075 |
| Plaintiff-Appellee, | ) | |
| | ) | 2:09-cr-0240-RLH-RJJ |
| vs. | ) | |
| | ) | |
| BRIAN FIERRO, | ) | |
| | ) | |
| Defendant-Appellant. | ) | **ORDER** |
| | ) | |

Pursuant to the order filed October 15, 2010, by the Ninth Circuit Court of Appeals directing the appointment of counsel for the appellant, IT IS HERE BY ORDERED THAT **Arthur Allen, Esq.** is appointed to represent Brian Fierro for this appeal. Mr. Allen's address is P.O. Box 531727, Henderson, NV 89053 and phone number is 702-617-8686.

Former counsel Beau Sterling is directed to forward the file to Mr. Allen forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointments@ca9.uscourts.gov.

Dated this 19th day of October, 2010

_____
Roger L. Hunt
Chief Untied States District Judge