UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09-cr-00240-RLH-RJJ |
| Plaintiff, | **O R D E R** |
| vs. | (Motion for DNA Testing–#95) |
| BRIAN FIERRO, | |
| Defendant. | |

Before the Court is *pro se* Defendant Brian Fierro's **Motion for DNA Testing** (#95, filed June 14, 2012) pursuant to the Innocence Protection Act of 2004, 18 U.S.C. §§ 3600. The Court has also considered the United States of America's Opposition (#97, filed June 29). Fierro did not file a Reply.

On November 4, 2009, a jury found Fierro guilty of one count of Interference with Commerce by Robbery, one count of Discharging a Firearm During a Crime of Violence, and two counts of Felon in Possession of a Firearm. The Court later sentence Fierro to prison and entered an order of forfeiture for a Sturm Ruger Model Security Six .357 Magnum revolver (the "Ruger") and its ammunition.

Fierro has now filed a motion for DNA testing of the Ruger, which was in the possession of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") while Fierro

pursued an appeal of his conviction. However, once the Ninth Circuit Court of Appeals affirmed Fierro's conviction, the ATF destroyed both the Ruger and its ammunition pursuant to Department of Justice policies. Thus, Fierro's request that the Ruger and its ammunition be tested for DNA is moot.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Fierro's Motion for DNA Testing (#95) is DENIED as moot.

Dated: August 2, 2012

_____
**ROGER L. HUNT**
**United States District Judge**