**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:09-CR-240-RLH-PAL |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | **DENYING APPEALABILITY** |
| BRIAN FIERRO, | ) | |
| Defendant. | ) | |
| _____ | ) | |

       Following the court's denial of Defendant's motion pursuant to section 2255 (see dkt #106), Defendant Fierro filed a Notice of Appeal (#109).  The Clerk of Court has filed a text Motion for Certificate of Appealability (#111, filed February 25, 2013) in anticipation of a request from the circuit court for an order to determine appealability.

       This court will not enter a certificate of appealability, as the issues raised by Fierro (re: alleged failure to obtain personnel files of law enforcement officers, failure to indulge Fierro's police conspiracy theories, and failure to seek DNA testing of the gun) were frivolous as noted in the order of denial, and demonstrated no constitutional violations.

       IT IS THEREFORE ORDERED that this court will not issue a certificate of appealability in this matter.

       Dated: February 27, 2013.

_____
Roger L. Hunt
**United States District Judge**