# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America,

           Plaintiff,

v.

Brian Fierro,

           Defendant.

JUDGMENT

Case Number: 2:09-cr-00240-KJD-PAL

(Related case: 2:17-cv-00742-KJD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of United States of America and against Brian Fierro.
A Certificate of Appealability is granted.

3/31/2020
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk